UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LUCIEN SIMPSON-QUIN,

                *Plaintiff*,

   -against-

ALYSSA MONTEJANO,

              *Defendant.*
-------------------------------------------------------X

CASE NO: 23-CV-8113 (JSR)

ORDER

**JED S. RAKOFF, District Judge:**

    Plaintiff through his attorneys Law Offices of Robert Tsigler, PLLC filed this action before the Southern District of New York on or about September 14, 2023 via PACER. Plaintiff's counsel attempted personal service but were unable to do so, because Defendant refused to accept personal service on or about January 11, 2024.

**Now it is hereby ORDERED that:**

1. Plaintiff's application for alternate service is granted and Plaintiff, by and through his attorneys Law Offices of Robert Tsigler, PLLC, is permitted under F.R.C.P. 4(e)(1) to serve Defendant with Summons and Complaint via email at her last known email addresses :

        alyssa.J.Montejano@aexp.com
        alyssajmontejano@gmail.com
        montejano.alyssa@yahoo.com
        alyssam009@gmail.com

Dated: New York, New York
       January 24, 2023

SO ORDERED

_____
**HON. JED S. RAKOFF**
**United States District Judge**
1-29-24