```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIEN SIMPSON-QUIN,

                    Plaintiff,

-against-

ALYSSA MONTEJANO, et al.,

                    Defendants.

23-CV-08113 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On September 14, 2023, Plaintiff filed a complaint against Defendant Montejano. Dkt. No. 1. On February 20, 2024, Defendant Montejano filed an answer and counterclaims. Dkt. No. 14. On March 11, 2024, Plaintiff filed an answer to Defendant Montejano's counterclaims. Dkt. No. 18. On May 2, 2024, this action was consolidated with *Lucien Simpson-Quin v. 19 India Fee Owner, LLC*, Case No. 1:24-cv-02123, and the Court ordered Plaintiff to file a consolidated complaint by **June 3, 2024**. Dkt. No. 25. On May 20, 2024, prior to the filing of Plaintiff's consolidated complaint, Defendant Montejano filed a motion to dismiss the original complaint. Dkt. No. 26.

      Accordingly, it is hereby ORDERED that, upon the filing of the consolidated complaint on June 3, Defendant 19 India Fee Owner, LLC shall answer, move, or otherwise respond to the consolidated complaint no later than **June 24, 2024**. *See* Fed. R. Civ. P. 12. Further, no later than **June 24, 2024**, Defendant Montejano shall either (i) answer (and thus moot the previous motion to dismiss); (ii) file a new, amended, or supplemental motion to dismiss; or (iii) file a letter stating that she relies on her previously filed motion to dismiss. If by June 24 there is an operative motion to dismiss the consolidated complaint, Plaintiff shall file a single consolidated opposition brief by no later than **July 8, 2024**. Defendants' reply briefs, if any, shall be due no later than **July 15, 2024**.

Dated: May 21, 2024
       New York, New York

                                           SO ORDERED.

                                           MARGARET M. GARNETT
                                           United States District Judge