# THE LAW OFFICE OF JEFFREY CHABROW

521 Fifth Avenue, 17th FL New York, NY 10175 | Tel. (917) 529-3921| E. Jeff@chabro

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2024

June 21, 2024

**VIA ECF**

Hon. Margarate M. Garnett                          CC: All Counsel of Record, Via ECF
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, NY 10007

      RE:  <u>Simpson-Quin v. Montejano, et al.,</u> Index #23-CV-08113 (MMG);
      Withdrawal of Motion Dated May 20, 2024, DCKTS. 26-28

      Your Honor—

      Per the Court's June 18, 2024, Order (DCKT. 41), Defendant Alyssa Montejano withdraws her May 20, 2024, Motion to Dismiss (DCKTS. 26-28), as she intends to file a new Motion to Dismiss Plaintiff's recently filed Amended Consolidated Complaint (DCKT. 34).

                                 Respectfully submitted,

                                   _____/s_____
                                   Jeffrey Chabrowe, Esq.

Application GRANTED.  It is hereby ORDERED that Defendant Montejano's May 20, 2024 motion to dismiss is withdrawn.  The Clerk of Court is respectfully directed to terminate Dkt. No. 26.

SO ORDERED.  Dated July 11, 2024.

HON MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE