LAW OFFICES OF
# KEVIN P. WESTERMAN
EMPLOYEES OF NATIONWIDE® MUTUAL INSURANCE COMPANY
NOT A LEGAL PARTNERSHIP OR PROFESSIONAL CORPORATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2024

KEVIN P. WESTERMAN
  MANAGING TRIAL ATTORNEY
CHRISTOPHER M. HART
  MANAGING TRIAL ATTORNEY
MICHAEL C. O'MALLEY
  MANAGING TRIAL ATTORNEY
GEORGIA S. ALIKAKOS
ANNA-LISA BONVENTRE
MICHAEL CALLARI III
MICHAEL COLLEARY
NIKOLAOS DIAMANTIS

990 STEWART AVENUE, SUITE 400
GARDEN CITY, NEW YORK 11530
TELEPHONE: (516) 493-4500
FACSIMILE: (866) 909-6658

BRIAN J. GREENFIELD
ARLENE E. LEWIS
SCOTT MATHIAS
ARTHUR T. MCQUILLAN
AUSTIN P. MURPHY
GREGORY PERROTTA
DANIELLE R. SCHILLING
ANDREA E. WAISMAN

August 12, 2024

Via ECF

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, New York 10007

RE: Simpson-Quin v. Montejano, et al., Index No. 23-CV-08113(MMG)
    Letter Request to Adjourn Conference due to emergency situation

Dear Hon. Justice Garnett:

This office represents defendant 19 India Fee Owner, LLC. ("defendant" or "movant") in the above-referenced matter. Please accept this correspondence as compliance with Rule B (5) of the Court's Individual Rules, as due to an emergency situation the undersigned is respectfully requesting that the August 13, 2024 conference be adjourned to August 27, 2024. All other parties have consented to this adjournment and there have not been any prior requests to adjourn this conference.

The emergency situation involves the health of my 86 year old mother in law, who following an episode on Sunday is now scheduled for a significant surgical procedure tomorrow morning, and I should/would like to be at the hospital during the procedure. Mr. Donnelly, the other attorney from my office who has also appeared in this matter, is away on vacation this week, and cannot attend the conference in my stead, thus the requested adjournment.

Thank you for your time and consideration of this matter.

Respectfully submitted,

*Michael C. O'Malley*

Michael C. O'Malley

---

Application GRANTED. It is hereby ORDERED that the August 13, 2024 post-fact discovery conference shall be ADJOURNED to **Tuesday, August 27, 2024 at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The Clerk of Court is respectfully directed to terminate Dkt. No. 63.

SO ORDERED. Dated August 12, 2024.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE