**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUCIEN SIMPSON-QUIN,

                Plaintiff,

-against-                               23 **CIVIL** 8113 (MMG)

**JUDGMENT**

ALYSSA MONTEJANO
19 INDIA FEE OWNER LLC,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 13, 2025, and Text only Order dated January 14, 2025, Defendant Montejano's motion to dismiss (Dkt. No. 43) is granted, and Defendant 19 India's motion to dismiss (Dkt. No. 48) is granted. Plaintiff is denied leave to again amend his complaint. All claims and counterclaims are dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

          January 15, 2025

                                          **TAMMI M. HELLWIG**

                                               Clerk of Court

                          **BY:**

                                               **Deputy Clerk**